**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald L. Vertin,<br><br>    Plaintiff,<br><br>vs.<br><br>The State of Arizona; Katrin M. Nelson, Arizona Assistant Attorney General; Charles Johnson, Arizona Assistant Attorney General; Detective Jennifer Pinniow; Detective J.W. Smith, Employees of the City of Avondale, Arizona; and the City of Avondale, a Political Subdivision of the State of Arizona,<br><br>    Defendants. | No. CV-11-1167-PHX-GMS<br><br>**ORDER** |

Plaintiff commenced this action on June 13, 2011 by filing a Complaint. On September 19, 2011, Plaintiff filed an Amended Complaint. Then on October 13, 2011, Plaintiff filed yet another Amended Complaint ("Second Amended Complaint"). None of the Defendants have been served in this action within the time required by Rule 4(m) of the Federal Rules of Civil Procedure.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, "[a] party may amend its pleading once as a matter of course . . . . In all other cases a party may amend its pleading only with the opposing party's written consent or the court's leave." Plaintiff did not file a motion for leave to amend his complaint. Accordingly,

**IT IS THEREFORE ORDERED** directing Plaintiff to show good cause why this matter should not be terminated for failure to serve Defendants within the time required by Rule 4(m) of the Federal Rules of Civil Procedure and why the Court should not strike his Second Amended Complaint (Doc. 4) for failure to comply with Rule 15 of the Federal Rules of Civil Procedure and Arizona Local Rule 15.1, **within 14 days** of the date of this Order.

**IT IS FURTHER ORDERED** that this action may be dismissed without prejudice should Plaintiff fail to comply with the Court's Order.

**IT IS FURTHER ORDERED** directing the Clerk of the Court dismiss this action without prejudice and without further notice should Plaintiff fail to comply with the Court's Order **14 days** from the date of this Order.

DATED this 27th day of October, 2011.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge